NUMBER
13-11-00190-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

CLW 4 & 5, INC.,                                                                      APPELLANT,

 

                                                             v.

 

GRACEPOINT BUILDERS,
LP,                                                 APPELLEE. 

____________________________________________________________

 

                          On
Appeal from the 125th District Court 

                                        of
Harris County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before
Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant
filed an appeal from a judgment entered by the 125th District Court of Harris
County, Texas, in cause number 2009-22395.  Appellant has filed an unopposed
motion to dismiss the appeal on grounds that the parties have reached an
agreement to settle and compromise their differences.  Appellant requests that
this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the opinion
that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 

 

PER
CURIAM

Delivered and filed the 

12th day of May, 2011.